IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  10-cr-01109-KMT

UNITED STATES OF AMERICA

　　　Plaintiff,

v.

ROBERT MICHAEL EIDSON,

　　　Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　　This matter is before the Court on Defendant's **Motion for Appointment of Counsel and for Release on Bail** [Docket No. 7; Filed August 5, 2010] (the "Motion").

　　　IT IS HEREBY **ORDERED** that the United States of America shall respond to the Motion on or before **August 13, 2010**.

Dated:  August 6, 2010